# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-five.

Virginia Shasha, co-trustee for the Violet Shuker Shasha Living Trust, Vivienne Pero, co−trustee for the Violet Shuker Shasha Living Trust, Empire State Liquidity Fund L.L.C., Myrna Joy Edelman, trustee for the 2006 Gilbert M. Edelman Inter Vivos Trust, Phyllis J. Halper, Melvyn H. Halper, Wendy S. Tamis, Mary Jane Fales, Debra B. Adler, Trustee of the Adler Family Trust,

    Plaintiffs - Appellants,

  v.

Peter L. Malkin, Anthony E. Malkin, Jr. Thomas N. Keltner, Malkin Holdings L.L.C.,

    Defendants - Appellees.

**ORDER**

Docket No. 25-442

    The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

    The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court